#### UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MARCUS THURMAN,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-17-950-G |
| **COUNTY COMMISSIONERS OF OKLAHOMA COUNTY et al.,** | ) ) ) ) |
| **Defendants.** | ) ) |

### ORDER

The docket reflects that on April 29, 2021, a Report and Recommendation (Doc. No. 106) issued by United States Magistrate Judge Shon T. Erwin was mailed to Plaintiff's former address of record. On May 24, 2021, the Court mailed the Report and Recommendation to Plaintiff's current address.

IT IS THEREFORE ORDERED that Plaintiff's deadline to object to the Report and Recommendation (Doc. No. 106) is extended to **June 15, 2021.** Plaintiff is hereby advised of his right to file an objection to the Report and Recommendation with the Clerk of this Court by that date. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72. Failure to make timely objection to the Report and Recommendation waives the right to appellate review of both factual and legal questions contained therein. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

IT IS SO ORDERED this 25th day of May, 2021.

*[signature]*
CHARLES B. GOODWIN
United States District Judge