UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MARCUS THURMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. CIV-17-950-G |
| | ) | |
| **COUNTY COMMISSIONERS OF** | ) | |
| **OKLAHOMA COUNTY et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter comes before the Court for review of the Report and Recommendation ("Report") (Doc. No. 106) issued on April 29, 2021, by United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). In the Report and Recommendation, Judge Erwin recommends that the Second Motion for Summary Judgment (Doc. No. 87) filed by Defendant Detention Center Officer (FNU) Miller be granted. *See* Def.'s Mot. Summ. J.; Pl.'s Resp. (Doc. No. 103); Pl.'s Letter (Doc. No. 105).

In the Report and Recommendation, Judge Erwin advised the parties of their right to object to the Report and Recommendation. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

Following two extensions of the initial deadline, Plaintiff Marcus Thurman's objection to the Report and Recommendation was due July 1, 2021. *See* Doc. Nos. 108, 111. As of this date, however, Plaintiff has not submitted an objection or filed a request

for an additional extension of time to do so.  Nor has any other party objected to the Report and Recommendation.

Accordingly, the Report and Recommendation (Doc. No. 106) is ADOPTED in its entirety.  Defendant Miller's Second Motion for Summary Judgment (Doc. No. 87) is GRANTED.  A separate judgment shall be entered.

IT IS SO ORDERED this 21st day of July, 2021.

CHARLES B. GOODWIN
United States District Judge